[No. 26839-2-I. Division One. March 23, 1992.]

*In the Matter of the Marriage of* MARTHA C. COLVIN, *Respondent, and* LLOYD H. COLVIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-3-03020-8, John M. Darrah, J., entered July 31, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Kennedy, JJ.

[No. 27075-3-I. Division One. March 23, 1992.]

CARL C. GENTRY, ET AL, *Appellants*, v. SNOHOMISH COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-07226-1, Alan R. Hancock, J., entered October 30, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Webster, JJ.

[No. 28147-0-I. Division One. March 23, 1992.]

BELLEVUE 120TH ASSOCIATES, *Appellant*, v. THE CITY OF BELLEVUE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 85-2-17826-2, George T. Mattson, J., entered February 27, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Pekelis, JJ. Now published at 65 Wn. App. 594.